**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01684-REB

CAROLINE J. MORRISON,

    Petitioner,

v.

DOUGLAS MAURER, Field Director, Immigration & Customs Enforcement, DHS,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
DEPARTMENT OF HOMELAND SECURITY, and
TWO UNNAMED ICE AGENTS,

    Respondents.
_____

MINUTE ORDER
_____

    The Unopposed Request to Allow time for Filing of Reply to Government's Response to OSC [#7], filed September 9, 2005, is GRANTED. Petitioner may file her reply on or before 5:00 p.m. on **September 13, 2005**. The court acknowledges the parties' agreement to respect the court's temporary restraining order through midnight on September 19, 2005.

Dated: September 12, 2005
-----------------------------------------------------------------------------------------------------------------