**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01684-REB

CAROLINE J. MORRISON,

    Petitioner,

v.

DOUGLAS MAURER, Field Director, Immigration & Customs Enforcement, DHS,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
DEPARTMENT OF HOMELAND SECURITY, and
TWO UNNAMED ICE AGENTS,

    Respondents.
_____

MINUTE ORDER
_____

    The Unopposed Motion to File Amended Response to Respondent's Motion to Dismiss [#18], filed September 14, 2005, is GRANTED and the Petitioner's Amended Reply [*sic*] to Respondents' Motion to Dismiss [#19] is accepted for filing.

    Counsel is advised of this court's practice standard REB Civ. Practice Standard V.C.1., that an unopposed motion shall have a proposed order submitted with the motion, and the Electronic Case Filing Procedure V.L.1(a) and 2(a)(b) on how to submit said proposed orders in the future.

Dated:  September 19, 2005
-----------------------------------------------------------------------------------------------------------------