**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01684-REB

CAROLINE J. MORRISON,

    Petitioner,

v.

DOUGLAS MAURER, Field Director, Immigration & Customs Enforcement, DHS,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
DEPARTMENT OF HOMELAND SECURITY, and
TWO UNNAMED ICE AGENTS,

    Respondents.
_____

MINUTE ORDER
_____

    The *Amended Unopposed* Motion for Leave to File Final Response to Respondent's [*sic*] Motion to Dismiss [#24], filed September 19, 2005, is GRANTED and the Petitioner's Final Response to Respondents' Motion to Dismiss [#22] is accepted for filing.

    IT IS FURTHER ORDERED that Motion for Leave to File Final Reponse [*sic*] to Respondent's [*sic*] Motion to Dismiss [#23], is DENIED as moot.

Dated: September 19, 2005
-----------------------------------------------------------------------------------------------------------